STATE OF NEW JERSEY v. JEFFREY S. ENGERUD.

March 16, 1983.

Certification to Superior Court, Law Division, is granted.

IN THE MATTER OF WARREN HILLS REGIONAL EDUCATION-
AL ASSOCIATION v. BOARD OF EDUCATION OF THE WAR-
REN HILLS REGIONAL HIGH SCHOOL DISTRICT.

March 21, 1983.

Petition for certification denied.

RENEE A. BAUMANN v. KIMBERLY M. MARINARO.

March 22, 1983.

Petition for certification granted.

STATE OF NEW JERSEY v. LAURA WINTER.

March 22, 1983.

Petition for certification granted.